No. 05–5454. BAUTISTA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5455. BURNS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5457. BARRAZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5458. BEDOLLA-ALMANZA v. UNITED STATES; GARZA-LOPEZ v. UNITED STATES; and HAMILTON-REYES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.